Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>CINDY STUTESMAN,<br><br>        Defendant. | No. CR16-5356RAJ<br><br>MINUTE ORDER |

The clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Court Judge:

Defendant's Third Amended Appearance Bond executed January 27, 2017 is modified to remove the condition that Defendant participate in and successfully complete inpatient treatment and to add the following condition:

Defendant shall be placed in a halfway house with release privileges as determined by Pretrial Services. Defendant must comply with facility rules, and is required to make payments towards her subsistence at the halfway house in an amount determined by the halfway house, but not to exceed 25% of Defendant's income and/or the current daily rate. **Pretrial Services will coordinate Defendant's release with the U.S. Marshals.**

MINUTE ORDER – 1

All other conditions of the Third Amended Appearance Bond remain in full force and effect.

DATED this 16th day of February, 2018.

WILLIAM M. McCOOL,
Clerk of the Court

 /s/ Victoria Ericksen
Deputy Clerk to Hon. Richard A. Jones