THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 16-5356-RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| CINDY DIANE STUTESMAN, | |
| Defendant. | |

This matter having come before the Court on the Defendant's Motion for Early Termination of Supervised Release, the Court having reviewed the motion and the records and files herein;

THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that early termination of Ms. Stutesman's supervised release is warranted by the conduct of Ms. Stutesman and in the interest of justice;

IT IS THEREFORE ORDERED that the Motion (Dkt. #91) is GRANTED. The remainder of the term of Ms. Stutesman's supervised release shall be terminated, effective immediately.

The Clerk of the Court is directed to send copies of this Order to all counsel of record, and to the United States Probation Office.

DATED this 28th day of September, 2020.

*(signature)*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE
(*Stutesman*; CR16-5356RAJ)   - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100